IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RONALD R. RIMGALE and<br>BERNADETTE RIMGALE,<br><br>    Plaintiffs,<br><br>v.<br><br>TENNESSEE QUICK CASH, INC., and<br>U.S. ARMY CORPS OF ENGINEERS,<br><br>    Defendants. | NO. 3:08-00199<br>JUDGE HAYNES |

## ORDER

I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the ___6th___ day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge