UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


RONALD R. RIMGALE and           )
BERNADETTE RIMGALE              )
                                )
v.                              )         NO. 3:08-0199
                                )         JUDGE ECHOLS
TENNESSEE QUICK CASH, INC., and )
U.S. ARMY CORPS OF ENGINEERS    )


## ORDER

I hereby recuse myself in this action.

It is so ORDERED.


_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE