# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RONALD R. RIMGALE and wife ) | |
| BERNADETTE M. RIMGALE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | No. 3:08-0199 |
| ) | JUDGE ~~HAYNES~~ TRAUGER |
| ) | MAGISTRATE JUDGE BRYANT |
| TENNESSEE QUICK CASH, INC., and ) | |
| U.S. ARMY CORPS OF ENGINEERS, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF VOLUNTARY DISMISSAL

Plaintiffs, Ronald R. Rimgale and wife, Bernadette M. Rimgale, by counsel and pursuant to Rule 41 (b) of the Federal Rules of Civil Procedure having given notice of voluntary dismissal, it is

**IT IS ORDERED, ADJUDGED AND DECREED** that this cause be and the same hereby dismissed with prejudice against Tennessee Quick Cash, Inc., and the same dismissed without prejudice against the U.S. Army Corps of Engineers, with the cost taxed to the plaintiffs, Ronald R. Rimgale and wife, Bernadette M. Rimgale, for which execution may issue, if necessary.

Entered this the \_\_\_\_3RD\_\_\_\_ day of April, 2008.

_____
JUDGE

APPROVED FOR ENTRY:


JOHNSON, SCRUGGS & BARFIELD


s/     J.P. Barfield
J.P. Barfield #11231
Attorney for Plaintiffs
Suite 508
95 White Bridge Road
Nashville, Tennessee 37205
(615) 352-8326


## CERTIFICATE OF SERVICE

This is to certify that a true and a correct copy of the Voluntary Dismissal has been served by the U.S. Mail, postage prepaid, this the 2nd day of April, 2008 on the following:

Mr. Edward M. Yarbrough, Esq.
United States Attorney
Middle District of Tennessee

Michael L. Roden, Esq.
Assistant United States Attorney
Suite A-961
110 Ninth Avenue, South
Nashville, Tennessee 37203

Mr. James G. King
Attorney at Law
Suite 202
530 Church Street
Nashville, TN 37219

s/     J.P. Barfield
J.P. Barfield